ORTIZ & ORTIZ, L.L.P.
287 Park Avenue South, Suite 213
New York, New York 10010
Tel. (718) 522-1117
Fax (718) 596-1302
email@ortizandortiz.com
Norma E. Ortiz, Esq.
*Proposed Attorneys for the Debtor*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re

BAOBURG INC.,                                              Case No. 22-41860

                                                          Sub V Chapter 11

                    Debtor.
--------------------------------------------------------x

### CORPORATE OWNERSHIP STATEMENT  PURSUANT TO FED. R. BANKR. P. 1007(a)(1) AND 7007.1 AND LOCAL BANKR. RULE 1073-3

Pursuant Fed. R. Bankr. Proc. 1007(a)(1) and 7007.1 and Local Bankr. Rule 1073-3,

Baoburg Inc., as debtor and debtor in possession in the above captioned chapter 11 case (the

"Debtor"), respectfully represents:

The undersigned, being an officer and shareholder of the Debtor, hereby states that there

are no entities that directly or indirectly own 10% or more of any class of the debtor's equity

interest.

Dated: August 1, 2022
        Brooklyn, New York

                                        _S/Suchanan Aksornnan_____
                                        Suchanan Aksornnan, President