

**U.S. Department of Justice**
Office of the United States Trustee
*Eastern District of New York*
*Brooklyn Division*

---

*U.S. Federal Office Building*
*201 Varick Street, Suite 1006*
*New York, New York 10014*
*Tel: (212) 510-0500*
*Fax: (212) 668-2255*

**August 24, 2022**

**Re:    Telephonic 341 Meeting Dial-In Instructions**

The initial section 341 meeting of creditors for the case, **Baoburg Inc., 22-41860-ess** is scheduled for a telephonic meeting and will be conducted by telephone conference on Friday, September 2, 2022, at 10:00 a.m.

**Call-in Information:**

On the date and time set forth above, parties shall dial-in to the meeting using the following dial-in instructions:

Teleconference Dial-In No.: **(866) 819-1498**, and when prompted enter the Participant Code: **4769770 followed by #**.

Should a party have any questions or concerns, please contact the Office of the United States Trustee.

Respectfully yours,

WILLIAM K. HARRINGTON,
UNITED STATES TRUSTEE, REGION 2

By:    *Reema Lateef*
Reema Lateef, Esq.
Trial Attorney