| | |
|---|---|
| ORTIZ & ORTIZ, L.L.P.<br>287 Park Ave. South, Ste. 728<br>New York, New York   10010<br>Norma E. Ortiz<br>Tel. (718) 522-1117<br><br>*Counsel to the Debtor* | Presentment Date and Time: Jan. 12, 2023 at 4:00 p.m.<br><br>Objections Due:<br>Jan. 5, 2023 at 4:00 p.m. |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re

BAOBURG, INC.,                                                    Case No. 22-41860-ess

                         Debtor                                         Chapter 11
--------------------------------------------------------x

### NOTICE OF PRESENTMENT OF APPLICATION TO EMPLOY SANCHEZ LLC AS ACCOUNTANT TO THE DEBTOR

**PLEASE TAKE NOTICE** that upon the annexed Debtor's Application for Entry of an Order Pursuant to Bankruptcy Code Section 327(a) Authorizing the Employment of Pablo Sanchez as Debtor's Accountant, the undersigned will present the Application and proposed order to the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, 271 Cadman Plaza East, Brooklyn, New York 11201 for signature on January 12, 2023, at 4:00 p.m.

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the proposed order, with proof of service, is filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers by January 5, 2023, at 4:00 p.m., there will not be a hearing and the order may be signed.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely filed, the Court will notify the moving and objecting parties of the date and time of the hearing and of the moving party's obligation to notify all other parties entitled to receive notice.  The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

Dated: Dec. 16, 2022
New York, New York

                                                  *S/Norma E. Ortiz*
                                                  Norma E. Ortiz, Esq.
                                                  Ortiz & Ortiz, L.L.P.
                                                  287 Park Avenue South Ste. 728
                                                  New York, New York   10010
                                                  Tel. (718) 522-1117
                                                  *Counsel for the Debtor*